■ ARTHUR J. SPRINGS, JR., Respondent, v CITY OF BUFFALO, Defendant/Third-Party Plaintiff-Appellant, et al. Defendants. HARSCO CORPORATION et al., Third-Party Defendants-Appellants. [913 NYS2d 596]—Appeals from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered February 25, 2009 in a personal injury action. The order granted the motion of plaintiff to set aside a jury verdict and ordered a new trial on damages.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Carni, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRA SALVAGNI, Appellant. [913 NYS2d 596]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered January 12, 2010. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo,* 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Martoche, Green, Pine and Gorski, JJ.